# Court of Appeals
# of the State of Georgia

ATLANTA,   April 14, 2015

*The Court of Appeals hereby passes the following order:*

**A15A0984. WARNER et al. v. MCCURDY & CANDLER, LLC**

Appellee's Motion to Dismiss Appeal for failure to file brief by the appellants is GRANTED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,   04/14/2015*
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*